# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chuol Peter Mai,

      Petitioner,

v.                                                                          Civil No. 21-1746 (KMM/DTS)

Merrick Garland, et al.,

      Respondents.

_____

Dian Domach,

      Petitioner,

v.                                                                          Civil No. 22-0402 (KMM/DTS)

Merrick B. Garland, et al.,

      Respondents.

_____

Jacob Yien,

      Petitioner,

v.                                                                          Civil No. 22-0403 (WMW/LIB)

Merrick B. Garland, et al.,

      Respondents.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case Nos. 21-cv-1746 (KMM/DTS) and 22-cv-0402 (KMM/DTS) having been assigned to Judge Katherine M. Menendez and Magistrate Judge David T. Schultz and Case No. 22-cv-0403 (WMW/LIB) having later been assigned to Judge Wilhelmina M. Wright and Magistrate Judge Leo I. Brisbois, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 22-cv-0403 (WMW/LIB) be assigned to Judge Katherine M. Menendez and Magistrate Judge David T. Schultz nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: February 15, 2022　　　　　　　　　　　　s/ Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　　　　　　KATHERINE M. MENENDEZ
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge


Dated: February 15, 2022　　　　　　　　　　　　s/Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　　　　　WILHELMINA M. WRIGHT
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge