UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-cv-0402 (KMM/DTS)

DIAN D.,

    Petitioner,

v.

MERRICK B. GARLAND, U.S. ATTORNEY
GENERAL, *et al.*,

    Respondent.

**ORDER OF DISMISSAL**

Pursuant to the parties' Stipulation of Dismissal filed on April 21, 2022 (ECF No. 15), IT IS HEREBY ORDERED that this action is dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party.

Date: April 22, 2022

        *s/ Katherine M. Menendez*
        Katherine M. Menendez
        United States District Judge